# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANHUA JIN,<br><br>PLAINTIFF(S)<br>v.<br>WILLIAM TANG, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 16-1884-GW(AJWx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable George H. Wu, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing; that the action be dismissed as to DEFENDANT WILLIAM TANG on the merits; and that the defendant recover of the plaintiff his costs of action.

                                       Clerk, U. S. District Court

Dated: January 24, 2018                    By   /s/ Javier Gonzalez
                                                          Deputy Clerk

At: 3:40 p.m.

cc:     Counsel of record